UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:14-CR-614 |
| | § | |
| KENNETH A. HOANG | § | |

### ORDER

On this day, the Court considered the defendant's unopposed motion to travel to Plymouth, Minnesota from May 15, through June 1, 2016. (Dkt. No. 47). After having considered the motion and good cause having been shown, the Court hereby **GRANTS** the defendant's unopposed motion to travel.

Accordingly, it is, hereby ORDERED that the defendant shall be permitted to travel to Plymouth, Minnesota from May 15, through June 1, 2016, provided he notifies the Pretrial Services Officer prior to departure and upon return.

It is so **ORDERED**.

SIGNED on this 9th day of May, 2016.

_____
Kenneth M. Hoyt
United States District Judge